**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| NEKEYIA MOORE, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:19-cv-01470 |
| COMCAST CORPORATION,[1] | ) ) | |
| Defendant. | ) ) | |
| | ) | |

**AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO
PLAINTIFF'S CLASS ACTION COMPLAINT AND TO CONTINUE THE INITIAL
STATUS HEARING**

Plaintiff Nekeyia Moore and Defendant Comcast Corporation ("Comcast") (collectively, the "Parties") file this Agreed Motion for Extension of Time to Respond to Plaintiff's Class Action Complaint and to Continue the Initial Status Hearing, and would show the Court as follows:

1.      Plaintiff filed her Class Action Complaint ("Complaint") on February 28, 2019. *See* Dkt. 1.

2.      On March 4, 2019, Comcast was served with the summons and the Complaint. Thus, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Comcast's deadline to answer or otherwise respond to the Complaint is March 25, 2019.

3.      On March 18, 2019, counsel for the Parties conferred and have agreed to an extension of 30 days for Comcast to answer or otherwise respond to the Complaint.

---

[1] Comcast Corporation does not waive its argument that Comcast Cable Communications, LLC, is the proper defendant in this action. Comcast Corporation is a holding company, not an operating company, and is therefore not involved in the day-to-day management of its operating subsidiaries, including Comcast Cable Communications, LLC.

4. Thus, the Parties jointly request the Court for an extension until April 24, 2019, for Comcast to answer or otherwise respond to the Complaint.

5. Furthermore, on March 5, 2019, the Court set an Initial Status Hearing in this action for April 19, 2019 at 9:30 a.m. and directed the Parties to submit a joint initial status report three days prior to the hearing. *See* Dkt. 5.

6. In light of the jointly requested extension for Comcast to answer or otherwise respond to the Complaint, the Parties jointly request that this Court continue the Initial Status Hearing to a date and time that is convenient to the Court, not sooner than 21 days following the new deadline for Comcast to answer or otherwise respond to the Complaint.

7. This motion is not sought for delay. In light of the nature of the allegations in the putative class action complaint, Comcast seeks additional time to respond to the Complaint.

WHEREFORE, the Parties respectfully request that the Court grant (1) an extension to April 24, 2019, for Comcast to answer or otherwise respond to the Complaint, and (2) a continuance of the Initial Status Hearing to a date not sooner than 21 days after April 24, 2019.

Dated:  March 19, 2019                                      Respectfully submitted,


By: _/s/ Aaron D. Radbil_____                              By: _/s/ Sean G. Wieber_____
Aaron D. Radbil                                            Sean G. Wieber
**GREENWALD DAVIDSON RADBIL PLLC**                         (IL Bar No. 6294080)
5550 Glades Road, Ste. 500                                 swieber@winston.com
Boca Raton, Florida 33431                                  Katlyn E. DeBoer
Phone: 561.826.5477                                        (IL Bar No. 6323797)
Fax: 561.961.5684                                          kdeboer@winston.com
aradbil@gdrlawfirm.com                                     **WINSTON & STRAWN LLP**
                                                           35 W. Wacker Drive
**KOZONIS & KLINGER, LTD.**                                Chicago, IL 60601
Gary M. Klinger                                            Telephone: (312) 558-5600
4849 N. Milwaukee Ave., Ste. 300                           Facsimile: (312) 558-5700
Chicago, Illinois 60630
Phone: 312.283.3814                                        ***Counsel for Defendant***
Fax: 773.496.8617
gklinger@kozonislaw.com


***Counsel for Plaintiff***

3

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2019, the foregoing **AGREED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT** has been filed electronically and will be served on all counsel of record via CM/ECF as follows:

Gary M. Klinger
KOZONIS & KLINGER, LTD.
gklinger@kozonislaw.com

Aaron D. Radbil
GREENWALD DAVIDSON RADBIL PLLC
mgreenwald@gdrlawfirm.com

/s/ *Sean G. Wieber*
Sean G. Wieber

## CERTIFICATE OF CONFERENCE

The undersigned, counsel for Comcast in this matter, hereby certifies that counsel for Comcast conferred with counsel for Plaintiff in this matter on March 18, 2019, and they confirmed that they agree to the relief requested in the foregoing motion.

/s/ *Sean G. Wieber*
Sean G. Wieber

4