UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Nekeyia Moore, *on behalf of herself and others similarly situated*, | ) ) ) |
| Plaintiff, | ) ) Case No: 1:19-cv-01470 |
| v. | ) ) ) |
| Comcast Corporation, | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Nekeyia Moore, voluntarily dismisses this action, with each side to bear its own attorneys' fees and costs.


Date: March 22, 2019        */s/ Gary M. Klinger*

Gary M. Klinger
Kozonis & Klinger, Ltd.
4849 N. Milwaukee Ave., Ste. 300
Chicago, Illinois 60630
Phone: 312.283.3814
Fax: 773.496.8617
gklinger@kozonislaw.com

Greenwald Davidson Radbil PLLC
Aaron D. Radbil
401 Congress Avenue, Suite 1540
Austin, Texas 78701
Phone: (512) 803-1578
Fax: (561) 961-5684
aradbil@gdrlawfirm.com

Counsel for Plaintiff and the proposed class

1

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was electronically filed on March 22, 2019, via the Court Clerk's CM/ECF system, which will provide notice to all counsel of record.

*/s/ Gary M. Klinger*

Gary M. Klinger